UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-21725-KING

JAVIER GARCIA-BENGOCHEA,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a/ CARNIVAL
CRUISE LINE, a foreign corporation,

    Defendant.
_____/

**JOINT MOTION TO RESET HEARING SET FOR JULY 17, 2019**

Plaintiff Javier Garcia-Bengochea and Defendant Carnival Corporation (collectively, "Parties") jointly request that the Court reset the hearing on Carnival Corporation's motion to dismiss (*see* Dkt. 14) for a time between July 23, 2019 and August 1, 2019.

On July 10, 2019, the Court set Carnival's motion to dismiss for a hearing on July 17, 2019. (*See* Dkt. 28.) The Parties appreciate the Court setting time to hear argument on this motion. Unfortunately, neither Party is available on July 17:

- Stuart H. Singer—the attorney who Carnival intends to argue its motion—is out of State on a pre-planned vacation in California that runs through July 22, 2019.

- Roberto Martinez—the attorney who Mr. Bengochea intends to argue his opposition to Carnival's motion—will be in grand jury proceedings on July 17 and 18.

Accordingly, the Parties jointly request that the Court reset the hearing for a different date. Counsel for both Parties have conferred and are both available on any date between July 23, 2019 and August 1, 2019.

Dated: July 11, 2019                                                              Respectfully submitted,

| **JAVIER GARCIA-BENGOCHEA** | **CARNIVAL CORPORATION** |
|---|---|
| By his Attorneys, | By its Attorneys, |

| s/Roberto Martinez | s/Stuart H. Singer |
|---|---|
| Roberto Martinez | Stuart H. Singer |
| Florida Bar No.: 305596 | Florida Bar No. 377325 |
| Stephanie A. Casey | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No.: 97483 | 401 E. Las Olas Blvd., Suite 1200 |
| Lazaro Fields | Fort Lauderdale, Florida 33301 |
| Florida Bar No. 1004725 | Tel: (954) 356-0011 |
| **COLSON HICKS EIDSON, P.A.** | |
| 255 Alhambra Circle, PH | - and - |
| Coral Gables, FL 33134 | |
| Tel: (305) 476-7400 | George J. Fowler, III |
| | (*Pro Hac Vice*) |
| - and – | Luis Llamas |
| | (Florida Bar No. 89822) |
| Rodney S. Margol | **JONES WALKER LLP** |
| Florida Bar No. 225428 | 201 St. Charles Ave. |
| **MARGOL & MARGOL, P.A.** | New Orleans, LA 70170 |
| 2029 3rd Street North | Tel: (504) 582-8752 |
| Jacksonville Beach, Florida 32250 | |
| Telephone: (904) 355-7508 | *Attorneys for Defendant* |
| Facsimile: (904) 619-8741 | |

*Attorneys for Plaintiff*

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3J(3), the undersigned hereby certifies that counsel for the Plaintiff has authorized me to file this Joint Motion To Reset Hearing Set For July 17, 2019 on his behalf with the electronic signature of its counsel affixed hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via the court's CM/ECF System on July 11, 2019.

By: */s/ Stuart H. Singer*
Stuart H. Singer