UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

JAVIER GARCIA-BENGOCHEA          Case No. 19-21725-CIV-KING

vs.                              Date    July 31, 2019

CARNIVAL CORPORATION             JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Glenda Powers

**TYPE OF PROCEEDING: MOTION TO DISMISS**

Scheduling Conference__         Status Conference___
Pre-Trial Conference  ____      Motion Hearing _X__

Counsel for Claimant: Roberto Martinez, Esq. Rodney Margol, Esq. Stephanie A. Casey, Esq.
Counsel for Plaintiff: Stuart H. Singer, Esq. George J. Fowler, III, Esq. Luis E. Llamas, Esq. Evan Ezray, Esq. Heather Weeter, Esq. Michael Calvin, Technician

Motion:

Granted / Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:_
LOCATION: KEY WEST/MIAMI
TRIAL CONTINUED TO: _____

- Oral Argument re: Motion to Dismiss hearing held
- Counsel for the defendant outlined the merits of the Motion to Dismiss
- Counsel for the plaintiff rendered its argument
- The Court finds that the counsel for the plaintiff shall supply the Court of a set on paper of the plaques used during their argument
- Additionally, the Court suggests and with the agreement of the parties to submit a proposed draft opinion of their views of the Findings of Fact within 30 days of receipt of the transcript of this hearing
- The Court hereby orders the Court Reporter transcribe this hearing and provide a copy to the court
- The Court finds that this matter is hereby TAKEN UNDER ADVISEMENT