UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21725-CIV-KING

JAVIER GARCIA-BENGOCHEA,

    Plaintiff,

v.

CARNIVAL CORPORATION, *a foreign corporation doing business as Carnival Cruise Line*.

    Defendant.*,*

_____/

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court upon the Plaintiff's Motions for Judgment on the Pleadings (D.E.54), filed on November 15, 2019. After careful review and being fully advised in the premises thereof, it is hereby

ORDERED, ADJUDGED, and DECREED that the Oral Argument be and the same is hereby set (2 hours), and the respective parties are hereby required to appear before the Court via Zoom Gov Meeting video conference on **Monday, June 15, 2020 at 10:00 a.m.**

FLSD Room 8 is inviting you to join ZoomGov Meeting.  Please follow the link below .

Join ZoomGov Meeting
https://www.zoomgov.com/j/1612455809

Meeting ID: 161 245 5809
Password: 656057
One tap mobile
+16692545252,,1612455809#,,1#,656057# US (San Jose)

+16468287666,,1612455809#,,1#,656057# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 245 5809
Password: 656057
Find your local number: https://www.zoomgov.com/u/alQJW9oT2

Join by SIP
1612455809@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 245 5809
Password: 656057

Join by Skype for Business
https://www.zoomgov.com/skype/1612455809

      DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of May, 2020.

*[signature: James Lawrence King]*

        JAMES LAWRENCE KING
        UNITED STATES DISTRICT JUDGE


Copies furnished to:
All Counsel of Record