UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21725-CIV-KING

JAVIER GARCIA-BENGOCHEA,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

**UNOPPOSED MOTION OF NON-PARTY ROYAL CARIBBEAN CRUISES LTD. FOR ACCESS TO HEARING BEING CONDUCTED BY REMOTE MEANS**

Non-party Royal Caribbean Cruises Ltd. ("Royal Caribbean"), without opposition from Plaintiff or Defendant, moves for the entry of an Order facilitating its access to an upcoming hearing that is being conducted by remote means. The grounds for this Motion are:

Defendant has filed a motion for judgment on the pleadings (DE 54) raising issues that are relevant to litigation between Plaintiff and Royal Caribbean that is currently pending before the Court. *See Garcia-Bengochea v. Royal Caribbean Cruises Ltd.*, 19-23592-CIV-KING. Defendant's motion for judgment on the pleadings has been set for hearing on June 15, 2020. The hearing is being conducted by remote means, and the Court's order setting the hearing provides information on how to access the hearing (DE 105).

To the extent that logistical or technological reasons require the Court to have a head-count of the number of people who intend to observe the hearing, Royal Caribbean states that it has a maximum of four people who would like to observe the hearing: Sanford L. Bohrer, Scott D. Ponce, Salvatore A. Faso, II, and Yamilet Hurtado. Mr. Bohrer and Mr. Ponce are outside counsel for Royal Caribbean, and Mr. Faso and Ms. Hurtado are inside counsel for Royal Caribbean.

Royal Caribbean respectfully requests that it be included in whatever arrangements must be made in order to observe the hearing. *See, e.g., Craig v. Harney*, 331 U.S. 367, 374 (1947) ("What transpires in the court room is public property."); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) ("The common-law right of access to judicial proceedings, an essential component of our system of justice, is instrumental in securing the integrity of the process.").

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Royal Caribbean
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500 (telephone)
(305) 789-7799 (facsimile)

By: /s/ Scott D. Ponce
Sanford L. Bohrer (FBN 160643)
Scott D. Ponce (FBN 0169528)
Email: sbohrer@hklaw.com
Email: sponce@hklaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of June 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

By: /s/ Scott D. Ponce