UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-21725-CV-KING

JAVIER GARCIA-BENGOCHEA,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## ORDER OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and in accordance with the reasoning stated in the Court's Order Granting Carnival Corporation's Motion for Judgment on the Pleadings (DE 120), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **FINAL JUDGMENT** is entered in favor of Defendant Carnival Corporation and against Plaintiff Javier Garcia-Bengochea. The above-captioned case is hereby **DISMISSED**, and the Court retains jurisdiction to consider any motions that may be filed regarding fees and costs. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of July, 2020.

                                                   JAMES LAWRENCE KING
                                                 UNITED STATES DISTRICT JUDGE
                                                 SOUTHERN DISTRICT OF FLORIDA

**cc:**    **All Counsel of Record**
          **Clerk of Court**